### Rollie Finney, Appellee, v. Harris & Cole Brothers, Appellant.

#### (Not to be reported in full).

Appeal from the Circuit Court of Massac county; the Hon. A. W. LEWIS, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Rollie Finney against Harris & Cole Bros. to recover damages for injuries received in operating his employer's planing machine. From a judg-

ment for plaintiff for four thousand dollars, defendant appeals. A former appeal is reported in 168 Ill. App. 326.

C. L. V. MULKEY, for appellant.

FRED R. YOUNG and H. A. EVANS, for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 760*—*when proximate cause is for the jury.* Where an employe feeding boards through a planing machine is injured by a board kicking back out of a defective appliance and the evidence is conflicting whether the accident was caused by feeding a plank thinner than the gauge the cutters was set for, or by the defect, the question of what was the proximate cause is for the jury.

2. MASTER AND SERVANT, § 743*—*when assumed risk is for the jury.* Where a foreman feeding boards through a planing machine is injured by a board kicking back out of a defective appliance, and it appears that he was not the regular operator, did not know of the need of repairs that had been reported to the master, would not see the defect from his position and that his duties were to put in and sharpen the knives, to gauge and to examine the work, to report breaks to the machinist and that on one occasion helped the machinist as a laborer, the question whether he assumed the risk is for the jury.